NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

DIEGO GARCIA, *Petitioner.*

No. 1 CA-CR 24-0324 PRPC

FILED 04-15-2025

Petition for Review from the Superior Court in Maricopa County
No. CR2006-009060-001
The Honorable Jeffrey A. Rueter, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Johnny Jacquez
*Counsel for Respondent*

Barber Law Group PLLC, Phoenix
By Bretton H. Barber
*Counsel for Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Cynthia J. Bailey, Vice Chief Judge Randall M. Howe, and Judge Andrew M. Jacobs delivered the decision of the court.

---

**PER CURIAM**:

**¶1**    Diego Garcia petitions this Court for review from the dismissal of his third petition for post-conviction relief. We have considered his petition and grant review but deny relief.

**¶2**    We review the superior court's ruling on a petition for post-conviction relief for an abuse of discretion, "which occurs if the court makes an error of law or fails to adequately investigate the facts necessary to support its decision." *State v. Bigger*, 251 Ariz. 402, 407 ¶ 6 (2021). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review). We will affirm the trial court's ruling if legally correct for any reason. *See State v. Perez*, 141 Ariz. 459, 464 (1984).

**¶3**    We have reviewed the record in this matter, the superior court's order dismissing the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**    We grant review and deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:        JR